November 05, 2010

Mr. J. David Breemer
Pacific Legal Foundation
3900 Lennane Drive, Suite 200
Sacramento, CA 95834

Mr. Barry C. Willey
Galveston County Legal Department
722 Moody, County Courthouse Fifth Floor
Galveston, TX 77550

Mr. Daniel L. Geyser
Asst. Solicitor General
Office of the Attorney General of Texas
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548

RE: Case Number: 09-0387
 Court of Appeals Number:
 Trial Court Number: 07-20409

Style: CAROL SEVERANCE
 v.
 JERRY PATTERSON, COMMISSIONER OF THE TEXAS GENERAL LAND OFFICE; GREG
 ABBOTT, ATTORNEY GENERAL FOR THE STATE OF TEXAS; AND KURT SISTRUNK,
 DISTRICT ATTORNEY FOR THE COUNTY OF GALVESTON, TEXAS

Dear Counsel:

 Today the Supreme Court of Texas issued opinions in the above-
referenced cause. You may obtain a copy of the opinions at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367. (Chief
Justice Jefferson not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

Enclosure
|cc:|Mr. Charles F. Fulbruge |
| |III, Clerk |
| |Mr. Charles Rice Young |
| |Mr. Ted Hirtz |
| |Mr. James H. Barrow |
| |Mr. Michael V. Powell |
| |Ms. Lynn E. Blais |
| |Mr. Matthew Joseph Festa |
| |Mr. J. Gregory Hudson |
| |Mr. Sidney S. McClendon |
| |III |